UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>JOSHUA D. LYBOLT,<br>MAGDALENA LYBOLT,<br><br>Debtors. | Bankruptcy Case No. 20-10397 TBM<br><br>Chapter 7 |

### ORDER FOR STATUS REPORT

**THIS MATTER** comes before the Court *sua sponte*. The above-captioned Chapter 7 case was filed January 20, 2020. In reviewing the record in this case, the Court has determined that there has been no activity since October, 2020, and no report regarding distributions has been filed by the Chapter 7 Trustee. Accordingly, it is

**ORDERED** that on or before **April 19, 2021**, the Chapter 7 Trustee shall file *either:* 1) a Trustee's report regarding distributions; or 2) a Status Report, informing the Court of the status of this case and what actions she intends to take to assure that this case is administered promptly.

DATED this 5th day of April, 2021.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge